IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FILED MAR 04 2009

| | | |
|---|---|---|
| JORDAN ALLEN TAIT | : | CIVIL ACTION |
| v. | : | |
| VINCENT GUARINI, et al. | : | NO. 08-4180 |

**ORDER**

AND NOW, this 4 day of March, 2009, upon careful and independent review of the Report and Recommendation of Thomas J. Rueter, Chief United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies; and

3. A certificate of appealability is not granted.

ENTERED
2009
CLERK OF COURT

BY THE COURT:

_____
BERLE M. SCHILLER,            J.